```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  DEBORAH STACHEL
    Special Assistant U.S. Attorney
 4  333 Market Street, Suite 1500
    San Francisco, CA 94105
 5  Telephone No. (415)977-8939
    Attorneys for Defendant
 6

 7
              IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                     EASTERN DISTRICT OF CALIFORNIA
 9

10
    ELIZABETH MONTELLANO,       )   1:06-cv-843-LJO
11                              )
                Plaintiff,      )   STIPULATION AND
12                              )   ORDER TO EXTEND TIME
                v.              )
13                              )
    JO ANNE B. BARNHART,        )
14  Commissioner of Social      )
    Security,                   )
15                              )
                Defendant.      )
16  _____)

17       The parties, through their respective counsel, stipulate that

18  the time for defendant's response to plaintiff's confidential letter

19  be extended from December 29, 2006 to January 30, 2007.

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28
```

1  This is defendant's first request for an extension of time to
2  respond to plaintiff's confidential letter.  Defendant seeks the
3  additional time in order to further consider plaintiff's
4  supplemental settlement proposal submitted on December 27, 2007.

                              Respectfully submitted,


Dated: December 28, 2006        /s/ Manuel Deeter Serpa
                                (As authorized via facsimile)
                                MANUEL DEETER SERPA
                                Attorney for Plaintiff


Dated: December 28, 2006        McGREGOR W. SCOTT
                                United States Attorney
                                KRISTI C. KAPETAN
                                Assistant U.S. Attorney


                                /s/ Deborah Stachel
                                DEBORAH STACHEL
                                Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   January 3, 2007**            **/s/ Lawrence J. O'Neill**
b9ed48                          UNITED STATES MAGISTRATE JUDGE