McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DEBORAH LEE STACHEL, SBN 230138
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    Email: Deborah.Stachel@ssa.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MONTELLANO,<br><br>        Plaintiff,<br><br>        v.<br><br>LINDA S. McMAHON,[1]<br>Acting Commissioner of Social Security,<br><br>        Defendant. | 1:06-cv-00843-LJO<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

1. Consider Dr. Hassan's February 28, 2006 Diabetic Mellitis Impairment Questionnaire and obtain his treatment records;
2. Reassess the severity of Plaintiff's impairments at step 2 of the sequential evaluation, including Plaintiff's alleged mental impairment;
3. Consider all medical opinions of record;
4. Consider Plaintiff's obesity in accordance with SSR 02-1p;
5. Reassess the Plaintiff's credibility;
6. Reassess the Plaintiff's residual functional capacity; and,
7. If warranted, obtain supplemental vocational expert testimony.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and

//
//
//
//
//
//
//
//
//

against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                            Respectfully submitted,

Dated: January 24, 2007       /s/ Manuel D. Serpa
                                     (As authorized via facsimile)
                                     MANUEL D. SERPA
                                     Attorney for Plaintiff

Dated: January 25, 2007       McGREGOR W. SCOTT
                                     United States Attorney
                                     LUCILLE GONZALES MEIS
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                         /s/ Deborah Lee Stachel
                                     DEBORAH LEE STACHEL
                                     Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   January 29, 2007**            **/s/ Lawrence J. O'Neill**
b9ed48                                                UNITED STATES MAGISTRATE JUDGE